IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DIAGNOSTICS, LLC,
a Michigan Limited Liability Co.,

      Plaintiff,      Case: 2:06-cv-12569

v.

SEROLOGICALS CORPORATION,
a Delaware corporation,

      Defendant.

## STIPULATION TO SUBSTITUTE DEFENDANTS AND TO AMEND CASE CAPTION

The parties agree that Millipore Corporation is the successor corporation of the captioned defendant in this action, Serologicals Corporation. The parties have agreed to a full and complete settlement of all claims and causes of action asserted herein. The parties are herewith submitting an order of dismissal with prejudice. To facilitate the settlement in this matter and the entry of the order of dismissal herewith submitted, the parties wish to substitute Millipore Corporation in the place and stead of the captioned defendant, Serologicals Corporation, and to amend the case caption accordingly.

NOW, THEREFORE, the parties hereto, by and through their undersigned counsel of record, hereby STIPULATE and AGREE to substitute Millipore Corporation in the place and stead of the captioned defendant, Serologicals Corporation.

The parties hereto further STIPULATE and AGREE to amend the case caption such that the defendant shall be captioned "Millipore Corporation, as successor to Serologicals Corporation."

So stipulated:

| **THE WEINTRAUB GROUP, PLC** | **FOLEY & LARDNER LLP** |
|---|---|
| /s/ Arnold S. Weintraub<br>Arnold S. Weintraub (P22127)<br>32000 Northwestern Highway, Suite 240<br>Farmington Hills, Michigan 48334<br>(248) 865-9430 [main]<br>(248) 8650-9436 [facsimile]<br>aweintraub@weintraubgroup.com<br><br>Attorneys for Plaintiff Michigan Diagnostics, LLC | /s/ Scott T. Seabolt<br>Scott T. Seabolt (P55890)<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7100 [main]<br>(313) 234-2800 [facsimile]<br>sseabolt@foley.com<br><br>OF COUNSEL:<br><br>Paul J. Murphy<br>John P. Brumbaugh<br>Brian A. White<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, Georgia  30309-3521<br>(404) 572-4600 [main]<br>(404) 572-5100 [facsimile]<br><br>Attorneys for Defendant Serologicals Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN DIAGNOSTICS, LLC,<br>a Michigan Limited Liability Co.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEROLOGICALS CORPORATION,<br>a Delaware corporation,<br><br>　　　　　Defendant. | Case:  2:06-cv-12569 |

## **ORDER SUBSTITUTING DEFENDANTS AND AMENDING CASE CAPTION**

　　　　　At session of said Court, held in the
　　　　　Theodore Levin United States Courthouse,
　　　　　on January 23, 2007.

　　　　　Present:  HON. MARIANNE O. BATTANI
　　　　　　　　　　　Federal District Court Judge

　　　This matter comes before the Court on the stipulation and agreement of the parties.  The parties agree that Millipore Corporation is the successor corporation of the captioned defendant in this action, Serologicals Corporation.  The parties have agreed to a full and complete settlement of all claims and causes of action asserted herein.  The parties are herewith submitting an order of dismissal with

-4-

prejudice. To facilitate the settlement in this matter and the entry of the order of dismissal herewith submitted, the parties wish to substitute Millipore Corporation in the place and stead of the captioned defendant, Serologicals Corporation, and to amend the case caption accordingly. The Court is otherwise duly advised in the premises.

    IT IS ORDERED that Millipore Corporation be and hereby is substituted in the place and stead of the captioned defendant, Serologicals Corporation.

    IT IS FURTHER ORDERED that the case caption is amended such that the defendant shall be captioned "Millipore Corporation, as successor to Serologicals Corporation."

    SO ORDERED.

<u>HONORABLE MARIANNE O. BATTANI</u>
District Court Judge

<u>January 23, 2007</u>_____
Date